UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

Christopher Earl Bee,  Case No. 15-56509-wsd
  Chapter 7
  Debtor.  Hon. Walter Shapero

_____/

## ORDER SETTING ASIDE FEBRUARY 4, 2016 ORDER ENTERED AGAINST SHEALIA TYSON AND DENYING RELIEF REQUESTED BY THE U.S. TRUSTEE, BUT PROVIDING FOR A FURTHER HEARING

The U.S. Trustee having filed an Amended Motion for an Order Finding Bankruptcy Petition Preparer Shealia Tyson in Violation of 11 U.S.C. 110, Ordering the Return of Payments Received from the Debtor, and Further Ordering the Payment of Fines to the Debtor and to the United States Trustee (Dkt. 24); the Court having on February 4, 2016 entered an Order (Dkt. 30) granting the requested relief; the Court having conducted further proceedings on March 10, 2016; for the reasons stated in the contemporaneously entered Opinion, NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The referred-to February 4, 2016 Order is hereby vacated.

2. The primary relief requested by the U.S. Trustee's referred-to motion is denied.

3. As described in the contemporaneously entered Opinion, an evidentiary hearing will be held on April 12, 2016 at 10:00am for the sole purpose of factually determining whether or not Ms. Tyson received the alleged $100 payment from the Debtor, and any appropriate remedy that should result.

**Signed on March 16, 2016**

                                                                                   /s/ Walter Shapero
                                                                        Walter Shapero
                                                                       United States Bankruptcy Judge